IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:04CR353
                               )
      v.                       )
                               )
DANIEL LLOYD,                  )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 61). The Court has reviewed said motion and finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's § 2255 motion on or before January 30, 2006.

DATED this 20th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court